UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
UNO RESTAURANT HOLDINGS                         :    Case No. 10-10209 (MG)
CORPORATION, *et al.*,                          :
             Debtors.                           :    (Jointly Administered)
                                                :
------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 363(c)(1) AND 503(b)(1)(A) OF THE
BANKRUPTCY CODE (I) GRANTING ADMINISTRATIVE EXPENSE STATUS
TO UNDISPUTED OBLIGATIONS OF VENDORS ARISING FROM
THE POSTPETITION DELIVERY OF GOODS AND RENDERING OF
SERVICES ORDERED PREPETITION AND (II) AUTHORIZING THE
DEBTORS TO PAY SUCH OBLIGATIONS IN ORDINARY COURSE OF BUSINESS**

Upon the motion (the **"Motion"**)[1] of Uno Restaurant Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, **"Uno"** or the **"Debtors"**), for entry of an order, pursuant to sections 363(c)(1) and 503(b)(1)(A) of chapter 11 of title 11 of the United States Code (the **"Bankruptcy Code"**), (i) granting administrative expense status to undisputed obligations of the Debtors owing to Vendors arising from the postpetition delivery of goods and rendering of services ordered in the prepetition period (the **"Prepetition Orders"**) and (ii) authorizing the Debtors to pay such obligations in the ordinary course of business, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the **"Hearing"**); and upon the record of the Hearing and all of the proceedings had before the Court; and upon the Psallidas Affidavit; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the undisputed obligations of the Debtors arising under the Prepetition Orders shall be afforded administrative expense priority status pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and it is further

ORDERED that, pursuant to section 363(c)(1) of the Bankruptcy Code, the Debtors, listed on <u>Annex I</u> annexed hereto, are authorized to pay, in the ordinary course of business and consistent with their customary practices, all undisputed obligations arising from the postpetition delivery or shipment by Vendors of goods and postpetition rendering of services by Vendors under the Prepetition Orders; and is it further

ORDERED that nothing in this Order or the Motion shall be deemed or construed as prejudicing any rights the Debtors may have to dispute or contest the amount of or basis for any claims against the Debtors arising in connection with the Prepetition Orders; and it is further

ORDERED that nothing in this Order or the Motion shall be deemed to constitute the assumption of any agreement pursuant to section 365 of the Bankruptcy Code; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: January 20, 2010
      New York, New York

/s/ Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE

# Annex I

| | | |
|---|---|---|
| 8250 International Drive Corporation | SL Uno Potomac Mills, Inc. | Uno Restaurant of Woburn, Inc. |
| Aurora Uno, Inc. | SL Uno University Blvd., Inc. | Uno Restaurants II, LLC |
| B.S. Acquisition Corp. | SL Uno Waterfront, Inc. | Uno Restaurants, LLC |
| B.S. of Woodbridge, Inc. | SLA Brockton, Inc. | UR of Attleboro MA, LLC |
| Fairfax Uno, Inc. | SLA Due, Inc. | UR of Bel Air MD, Inc. |
| Franklin Mills Pizzeria, Inc. | SLA Lake Mary, Inc. | UR of Bowie MD, Inc. |
| Herald Center Uno Rest. Inc. | SLA Mail II, Inc. | UR of Clay NY, LLC |
| Kissimmee Uno, Inc. | SLA Mail, Inc. | UR of Columbia MD, Inc. |
| Marketing Services Group, Inc. | SLA Norfolk, Inc. | UR of Columbia MD, LLC |
| Newington Uno, Inc. | SLA Norwood, Inc. | UR of Danbury CT, Inc. |
| Newport News Uno, Inc. | SLA Su Casa, Inc. | UR of Dover NH, Inc. |
| Newton Takery, Inc. | SLA Uno, Inc. | UR of Fairfield CT, Inc. |
| Paramus Uno, Inc. | SLA Vernon Hills, Inc. | UR of Fayetteville NY, LLC |
| Pizzeria Due, Inc. | Su Casa, Inc. | UR of Fredericksburg VA, LLC |
| Pizzeria Uno Corporation | Uno Acquisition Parent, Inc. | UR of Gainesville VA, LLC |
| Pizzeria Uno of 86th Street, Inc. | Uno Bay, Inc. | UR of Inner Harbor MD, Inc. |
| Pizzeria Uno of Albany Inc. | Uno Enterprises, Inc. | UR of Keene NH, Inc. |
| Pizzeria Uno of Altamonte Springs, Inc. | Uno Foods Inc. | UR of Landover MD, Inc. |
| Pizzeria Uno of Ballston, Inc. | Uno Foods International, LLC | UR of Mansfield MA, LLC |
| Pizzeria Uno of Bay Ridge, Inc. | Uno Holdings II LLC | UR of Melbourne FL, LLC |
| Pizzeria Uno of Bayside, Inc. | Uno Holdings LLC | UR of Merritt Island FL, LLC |
| Pizzeria Uno of Bethesda, Inc. | Uno of America, Inc. | UR of Methuen MA, Inc. |
| Pizzeria Uno of Brockton, Inc. | Uno of Astoria, Inc. | UR of Milford CT, Inc. |
| Pizzeria Uno of Buffalo, Inc. | Uno of Aurora, Inc. | UR of Millbury MA, LLC |
| Pizzeria Uno of Columbus Avenue, Inc. | UNO of Bangor, Inc. | UR of Nashua NH, LLC |
| Pizzeria Uno of Dock Square, Inc. | Uno of Concord Mills, Inc. | UR of New Hartford NY, LLC |
| Pizzeria Uno of East Village Inc. | Uno of Crestwood, Inc. | UR of Newington NH, LLC |
| Pizzeria Uno of Fair Oaks, Inc. | Uno of Daytona, Inc. | UR of Paoli PA, Inc. |
| Pizzeria Uno of Fairfield, Inc. | Uno of Dulles, Inc. | UR of Plymouth MA, LLC |
| Pizzeria Uno of Forest Hills, Inc. | Uno of Falls Church, Inc. | UR of Portsmouth NH, Inc. |
| Pizzeria Uno of Kingston, Inc. | Uno of Georgesville, Inc. | UR of Swampscott MA, LLC |
| Pizzeria Uno of Lynbrook Inc. | Uno of Gurnee Mills, Inc. | UR of Taunton MA, LLC |
| Pizzeria Uno of Norfolk, Inc. | Uno of Hagerstown, Inc. | UR of Tilton NH, LLC |
| Pizzeria Uno of Paramus, Inc. | Uno of Haverhill, Inc. | UR of Towson MD, Inc. |
| Pizzeria Uno of Penn Center, Inc. | Uno of Henrietta, Inc. | UR of Virginia Beach VA, LLC |
| Pizzeria Uno of Reston, Inc. | UNO of Highlands Ranch, Inc. | UR of Webster NY, LLC |
| Pizzeria Uno of South Street Seaport, Inc. | Uno of Indiana, Inc. | UR of Winter Garden FL, LLC |
| Pizzeria Uno of Springfield, Inc. | Uno of Kingstowne, Inc. | UR of Wrentham MA, Inc. |
| Pizzeria Uno of Syracuse, Inc. | Uno of Kirkwood, Inc. | URC II, LLC |
| Pizzeria Uno of Union Station, Inc. | Uno of Lombard, Inc. | URC, LLC |
| Pizzeria Uno of Washington, DC, Inc. | UNO of Manassas, Inc. | Waltham Uno, Inc. |
| Pizzeria Uno of Westfarms, LLC | Uno of Manchester, Inc. | Westminster Uno, Inc. |
| Pizzeria Uno, Inc. | Uno of Massachusetts, Inc. | |
| Plizzettas of Burlington, Inc. | Uno of New Jersey, Inc. | |
| Plizzettas of Concord, Inc. | Uno of New York, Inc. | |
| Saxet Corporation | Uno of Providence, Inc. | |
| SL Properties, Inc. | Uno of Schaumburg, Inc. | |
| SL Uno Burlington, Inc. | Uno of Smithtown, Inc. | |
| SL Uno Ellicott City, Inc. | Uno of Smoketown, Inc. | |
| SL Uno Franklin Mills, Inc. | Uno of Tennessee, Inc. | |
| SL Uno Frederick, Inc. | Uno of Victor, Inc. | |
| SL Uno Greece, Inc. | Uno Restaurant Holdings Corporation | |
| SL Uno Gurnee Mills, Inc. | Uno Restaurant of Columbus, Inc. | |
| SL Uno Hyannis, Inc. | Uno Restaurant of Great Neck, Inc. | |
| SL Uno Maryville, Inc. | Uno Restaurant of St. Charles, Inc. | |
| SL Uno Portland, Inc. | | |