

**Navjeet K. Bal**
Commissioner

**Thomas K. Condon**
Bureau Chief

*The Commonwealth of Massachusetts*

*Department of Revenue*

*Litigation Bureau - Bankruptcy Unit*

*100 Cambridge Street, 7th Floor*

*P.O. Box 9564*

*Boston, Massachusetts 02114-9564*

JULY 01, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

DEAR CLERK OF COURT:

PLEASE **WITHDRAW** THE FOLLOWING CLAIM(S) IN THE MATTER OF:

DEBTOR **: SAXET CORPORATION**

F. I. D. #**: 362-816-664**

DOCKET #**: 10-10352 MG**            CLAIM #**429**

| TYPE OF CLAIM | AMOUNT | FILED ON |
|---|---|---|
| SECURED | $ | |
| UNSECURED PRIORITY | $12,562.14 | 04/09/2010 |
| UNSECURED GENERAL | $   500.00 | 04/09/2010 |
| ADMINISTRATIVE | $ | |

THANK YOU FOR YOUR COOPERATION.

SINCERELY,

 /S/ ANNE K. CHAN

**ANNE CHAN**
TAX EXAMINER
 TEL: (617) 626-3869