WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Joseph H. Smolinsky

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
UNO RESTAURANT HOLDINGS : Case No. 10-10209 (MG)
CORPORATION, *et al.*, : 
        Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF SECOND AMENDED JOINT CONSOLIDATED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF UNO RESTAURANT HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION

      PLEASE TAKE NOTICE that on July 6, 2010, the United States Bankruptcy Court for the Southern District of New York entered an order [Docket No. 559] in the above-captioned chapter 11 cases confirming the *Second Amended Joint Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of Uno Restaurant Holdings Corporation and Its Affiliated Debtors and Debtors in Possession*, dated June 29, 2010 [Docket No. 516] (the **"Plan"**).

      PLEASE TAKE FURTHER NOTICE that on Monday, July 26, 2010, the Effective Date (as defined in the Plan) occurred and the Plan was substantially consummated.

Dated: July 26, 2010
       New York, New York

                              /s/ Joseph H. Smolinsky
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              *Attorneys for the Debtors*