# Exhibit A

895383.5

Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
UNO RESTAURANT HOLDINGS                                     :    Case No. 10-10209 (MG)
CORPORATION, et al.,                                        :
                                       Debtors.             :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**CERTIFICATION OF WILLIAM P. WEINTRAUB IN SUPPORT OF FIRST AND
FINAL APPLICATION OF FRIEDMAN KAPLAN SEILER & ADELMAN LLP,
CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD FROM JANUARY 20, 2010 THROUGH JULY 26, 2010</u>**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

      WILLIAM P. WEINTRAUB, being first duly sworn, deposes and says;

      1.    I am an attorney admitted to practice before this Court and a partner of the law firm of Friedman Kaplan Seiler & Adelman LLP ("FKSA" or "Firm"), with offices located at 1633 Broadway, New York, New York 10019. FKSA is co-counsel for the Debtors and Debtors in Possession ( the "Debtors"). I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein. I make this certification in compliance with the Administrative Order re: Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, entered by this Court on April 19, 1995 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued on

895383.5

January 30, 1996 (the "UST Guidelines", and collectively with the Local Guidelines, the "Guidelines")

2.     I have read the *First and Final Application of Friedman Kaplan Seiler & Adelman LLP, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 20, 2010 through July 26, 2010* (the "Application") for compensation by FKSA and know the contents thereof.

3.     The contents of the Application are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed a portion of the legal services rendered by FKSA and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and para-professionals in the firm.

4.     To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Guidelines.

5.     To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Guidelines. The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by FKSA and are generally accepted by FKSA's clients. In providing reimbursable services, FKSA does not make a profit on such service, whether the service is performed by FKSA in-house or through a third party.

6.     Pursuant to the *Order Pursuant to Sections* 105(a) *and* 331 *of the Bankruptcy Code and Bankruptcy Rule* 2016(a) *Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals,* dated March 5, 2010 [Docket No. 340] (the

895383.5

"Interim Compensation Order"), FKSA has timely submitted monthly statements to (a) the Debtors, (b) counsel to the Debtors (c) the U.S. Trustee, (d) counsel to the informal group of the Debtors' prepetition senior secured noteholders, (e) counsel to U.S. Bank National Association, indenture trustee for the Debtors' prepetition senior secured noteholders, (f) counsel to Wells Fargo Foothill, Inc., administrative agent for the Debtors' prepetition lenders and debtor-in-possession lenders, (g) counsel to the Official Committee of Unsecured Creditors

7. The Debtors and the U.S. Trustee have each been provided with the Application at least 14 days before the hearing on the Application.

8. In accordance with Bankruptcy Rule 2016(a) and §504 of the Bankruptcy Code, no agreement or understanding exists between FKSA and any other person for the sharing of compensation to be received in connection with these cases.

Dated: August 18 , 2010    By: _____
New York, New York              William P. Weintraub

Sworn to before me this
18th day of August, 2010

/s/ _____
Notary Public

**VERONICA M. GARVEY**
**Notary Public, State of New York**
**No. 01GA4929722**
**Qualified in Kings County**
**Commission Expires May 2, 20 14**

895383.5